UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANGEL ECHAVARRIA,       )
    Plaintiff       )
              )   Civil Action No. 16-CV-11118
V.       )
              )
J. MICHAEL ROACH, et. al.       )
    Defendants,       )
              )

NOTICE OF DEATH OF
DEFENDANT NORMAN ZUK

Notice is hereby given of the death of Defendant Norman Zuk.

Respectfully submitted,

   /s/ Brian Rogal
Brian Rogal, BBO #424920
ROGAL & DONNELLAN, P.C.
100 River Ridge Drive
Norwood, MA 02062
(781) 255-1200
BRogal@RogalandDonnellan.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by the ECF system

January 27, 2017        /s/ Brian Rogal     .