UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGEL ECHAVARRIA,<br>    Plaintiff<br><br>V.<br><br>J. MICHAEL ROACH, et. al.<br>    Defendants, | Civil Action No. 16-CV-11118 |

## ACCEPTANCE OF SERVICE

I, Andrew Zuk, am the son and Personal Representative of Norman Zuk who was named as a defendant in the above referenced case. I am advised that Plaintiff contends that Federal Rule of Civil Procedure Rule 25 requires that I be served with a notice of death and a copy of the complaint that was filed in this case. For purposes of that Rule I have received and accept service of the complaint and that notice, and waive any right to further service of the complaint or notice of death pursuant to Federal Rule of Civil Procedure Rule 4.

Date: 5-19-, 2017

_____
Andrew Zuk

CERTIFICATE OF SERVICE

      I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by the ECF system

May 26, 2017                                /s/ Brian Rogal      .