UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGEL ECHAVARRIA, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 16-cv-11118-ADB |
| J. MICHAEL ROACH *et al.*, | * |
| Defendants. | * |

## **MEMORANDUM AND ORDER**

BURROUGHS, D.J.

Plaintiff filed a letter with the Court on January 19, 2018, objecting to the redaction of certain information produced in discovery. [ECF No. 132]. Defendants filed a letter in response on January 22, 2018. [ECF No. 133]. The Court ordered Defendants to produce unredacted copies of the documents at issue for *in camera* review. [ECF Nos. 134, 135]. The Court held a hearing on February 8, 2018, and issued rulings from the bench. This order reflects those rulings and provides additional detail.

With regard to the documents at issue, Defendants shall produce the following:

1. A list of the names of each person for whom there is a criminal records check, including the Bates number range for each individual.

2. A complete copy of the criminal history documents for the plaintiff, Daniel Rodriguez, Bonifacio Bautista, Gary and/or Barry Sevinor, and Celso Torres.

3. As discussed at the hearing, a description of each document that contains redacted personal identifiers and other similar personal information is listed below. Except as indicated, this information need not be produced.

Bates #145: date of birth; Defendants shall unredact the other notation.

Bates #147: date of birth; Defendants shall unredact the criminal case number.

Bates #151: date of birth and Social Security Number.

Bates #155: Social Security Numbers.

Bates #165: credit card number.

Bates #177–180: Social Security Numbers.

Bates #221: date of birth.

Bates #223, 224, 237: Social Security Number. Defendants shall unredact the victim's date of birth.

Bates #242: dates of birth.

Bates #246: date of birth.

Bates #271: date of birth.

Bates #276: date of birth.

Bates #279: Social Security Number and date of birth; Defendants shall unredact the other notation.

Bates #291: date of birth.

Bates #300-301: dates of birth.

Bates #349: date of birth.

Bates #351: date of birth and Social Security Number.

Bates #396: Defendants shall unredact.

Bates #397: date of birth, a number, and a fingerprint.

Bates #398: if this is an alien identifier, it shall remain redacted.

Bates #464–65: dates of birth.

Bates #479: date of birth.

Bates #488–91: account number.

Bates #495: if this is the address of a domestic violence victim, it shall remain redacted; otherwise, Defendants shall unredact it.

Bates #510: date of birth.

Bates #513: account number.

Bates #531: dates of birth.

Bates #563: dates of birth and Social Security Number.

Bates #570–71: dates of birth.

Bates #574: date of birth.

4. Booking information: Defendants shall produce unredacted copies of Bates #204, 205, and 601, although they shall redact the dates of birth or other personal identifiers, the names of parents, and the street address of defendant (but Defendants shall not redact the city and state).

5. The following additional documents are to be produced as set forth below:

Bates #163, 164, 173: (DMV records) Defendants shall unredact to show the make and model of the car and the owner's name.

Bates #206: Defendants shall unredact the name of the defendant.

Bates #229–230: Defendants shall produce an unredacted version, except for the defendant's date of birth.

Bates #247: Defendants shall produce an unredacted version, except for the defendant's date of birth.

Bates #248–250: Defendants shall unredact the names of the victim, plaintiff, and anyone else whose criminal history appears in the file.

Bates #252: Defendants shall produce a completely unredacted version.

Bates #334–35: Defendants shall unredact the name of the defendant.

Bates #388: Defendants shall unredact the name of the defendant.

Bates #393–94: Defendants shall produce an unredacted version.

Bates #480: Defendants shall unredact the name of the defendant.

Bates #496: Defendants shall unredact the name of the defendant.

Bates #541–43: Defendants shall produce a completely unredacted version.

Bates #545: shall remain redacted, unless the criminal history appears in the file.

Bates #546: Defendants shall unredact the name and alias of the defendant.

Bates #594: Defendants shall unredact the name of the defendant.

**SO ORDERED.**

February 8, 2018 /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE