UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:16-cv-11118-ADB

|  |  |
|---|---|
| ANGEL ECHAVARRIA,<br>　　　Plaintiff,<br><br>v.<br><br>J. MICHAEL ROACH, JOHN GARVIN,<br>RAYMOND GUILLERMO, JOSEPH ROWE,<br>NORMAN ZUK, RUSSELL GOKAS,<br>CHARLES LUISE, JOHN SCANNELL,<br>MICHAEL COONEY, JOHN HOLLOW,<br>UNKNOWN OFFICERS OF THE LYNN<br>POLICE DEPARTMENT, UNKNOWN<br>OFFICERS OF THE MASSACHUSETTS STATE<br>POLICE, and the CITY OF LYNN,<br>MASSACHUSETTS,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO ENLARGE TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFANDANTS' MOTIONS FOR SUMMARY JUDGMENT**

NOW COME Defendants, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and respectfully request that this Honorable Court grant them an enlargement of time to April 5, 2021 to file their replies to Plaintiff's Opposition to Defendants' Motions for Summary Judgment, pursuant to Local Rule 56.1. As grounds for this request, Defendants state as follows:

1. On October 28, 2020, Defendants filed six separate Motions for Summary Judgment and a joint statement of undisputed material facts. ECF # 281, 282, 285, 286, 287, 291, 293

1

2. On February 10, 2021, after multiple extensions, Plaintiff filed his Opposition to Defendants Motions for Summary Judgment. ECF # 312.

3. Plaintiff's Opposition to Defendants Motions for Summary Judgment totals 80 pages and is accompanied by 164 exhibits.

4. Defendants intend to file a Reply to Plaintiff's Opposition to Defendants' Motions for Summary Judgment but require additional time to review and address Plaintiff's factual assertions.

5. Plaintiff's Counsel has indicated that they do not oppose such an enlargement.

WHEREFORE, Defendants respectfully request this Honorable Court grant them an enlargement of time to April 5, 2021 to file a Reply to Plaintiff's Opposition to Defendants' Motions for Summary Judgment.

>Respectfully submitted
>For Defendant Michael Cooney,
>By his attorneys,
>
>RAFANELLI & KITTREDGE, P.C.
>
>/s/ Lorena Galvez
>Joseph P. Kittredge, BBO #548841
>Lorena Galvez, BBO #699141
>One Keefe Road
>Acton, MA 01702
>Tel.: 978-369-6001
>Fax: 978-369-4001
>lgalvez@rkpclaw.com
>jkittredge@rkpclaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  February 18, 2021            /s/ Lorena Galvez
                                                              Lorena Galvez