UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 16-CV-11118-ADB

ANGEL ECHAVARRIA,

    Plaintiff,

v.

J. MICHAEL ROACH, ET AL.,

    Defendants.

### JOHN F. HOLLOW'S NOTICE OF INTERLOCUTORY APPEAL

Defendant, John Hollow, appeals the District Court's Memorandum and Order of September 30, 2021 (Docket #335), denying his motion for summary judgment concerning qualified immunity to the United States Court of Appeals for the First Circuit.

    Respectfully Submitted,

    JOHN F. HOLLOW,

    By one of his attorneys,

/s/John R. Hitt
John R. Hitt (BBO # 567235)
Drohan, Hitt & Hadas LLC
50 Federal Street, Suite 208
Boston, MA 02110
(617) 377-4367
jhitt@drohanhitt.com

Dated: November 1, 2021

### Certificate of Service

I, John R. Hitt, Esq., hereby certify that on the 1st day of November 2021, I served this notice by ECF on counsel of record for all parties.

/s/John R. Hitt